THE NEW YORK AUTOMOBILE COMPANY, Appellant, *v.* HERBERT H. FRANKLIN et al., Respondents.

*N. Y. Automobile Co.* v. *Franklin*, 134 App. Div. 908, affirmed.
(Argued April 27, 1911; decided May 16, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

entered August 21, 1909, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action for an accounting.

*Will B. Crowley* and *Ceylon H. Lewis* for appellant.

*G. H. Stilwell* for Herbert H. Franklin et al., respondents.

*John W. Suggett* and *Louis L. Waters* for Alexander T. Brown, respondent.

*Theodore E. Hancock* for John Wilkinson, respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.